# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THOMAS ALBERT, | CASE NO. 2:07-cv-929 |
| | JUDGE MARBLEY |
| Petitioner, | MAGISTRATE JUDGE KING |
| v. | |
| MICHAEL SHEETS, Warden, | |
| Respondent. | |

## OPINION AND ORDER

On November 10, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

    *s/Algenon L. Marbley*
ALGENON L. MARBLEY
United States District Judge